SLIP OPINION

Cite as 2016 Ark. 467

# SUPREME COURT OF ARKANSAS

| IN RE APPOINTMENTS OF MEMBERS TO THE COMMITTEE ON PROFESSIONAL CONDUCT | **Opinion Delivered** December 15, 2016 |
| --- | --- |

## PER CURIAM

Effective January 1, 2017, the following persons are appointed to the Supreme Court Committee on Professional Conduct for initial six-year terms that expire December 31, 2022:

Panel A - Mark L. Martin (Fayetteville) attorney, Third Congressional District

Panel C - James A. Simpson (Searcy) attorney, Second Congressional District

Panel C - Carlton Saffa (Little Rock) non-attorney, statewide at large

The court expresses its appreciation to each of these new members for his willingness to serve on this important committee. The Court also expresses its appreciation to the following members whose service on the Committee and to the Court and the public is now completed:

Jerry D. Pinson, attorney, of Harrison

Michael R. Mayton, attorney, of Little Rock

Mark Limbird, state-at-large non-attorney of Scranton.